# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-866-431**

**Effective date of registration:**
October 23, 2013

## Title
- **Title of Work:** Jimmy Smith Rap

## Completion/Publication
- **Year of Completion:** 1982
- **Date of 1st Publication:** June 7, 1982
- **Nation of 1st Publication:** United States

## Author
- **Author:** James Oscar Smith
- **Author Created:** lyrics, Spoken word composition
- **Work made for hire:** No
- **Citizen of:** United States

## Copyright claimant
- **Copyright Claimant:** Hebrew Hustle, Inc.
  7759 Tennyson Court, Boca Raton, FL, 33433, United States
- **Transfer Statement:** By written agreement

## Rights and Permissions
- **Organization Name:** Hebrew Hustle, Inc.
- **Email:** stephen@hebrew-hustle.com
- **Telephone:** 305-934-8703
- **Address:** 7759 Tennyson Court
  Boca Raton, FL 33433  United States

## Certification
- **Name:** Stephen Hacker
- **Date:** October 23, 2013

---

**Correspondence:** Yes

Registration #: PA0001866431
Service Request #: 1-1010508071



Hebrew Hustle, Inc.
Stephen Hacker
7759 Tennyson Court
Boca Raton, FL 33433  United States