UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF JAMES OSCAR SMITH and HEBREW HUSTLE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CASH MONEY RECORDS, INC., *et al.*,<br><br>Defendants. | 14-CV-2703  (WHP) (RLE)<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY FOR DEFENDANT WARNER/CHAPPELL MUSIC, INC. AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

The undersigned counsel, Oppenheim + Zebrak, LLP ("O + Z"), hereby submits this Notice of Substitution of Attorney for Defendant Warner/Chappell Music, Inc. ("Warner/Chappell") and Request for Removal from Service List.  As shown by the docket, O + Z's only activity in this case was the early filing of a letter motion for an extension of time for Warner/Chappell to respond to the Complaint.  The law firm of Mitchell Silberberg & Knupp LLP subsequently filed an Answer on Warner/Chappell's behalf and now represents Warner/Chappell, along with other defendants, in this action.  Accordingly, this substitution has effectively already taken place, and O + Z respectfully requests that the Clerk of Court remove its name from the official service list.  Warner/Chappell consents to this action.

DATED:  July 7, 2014          By: /s/ *Matthew J. Oppenheim*

                                        Matthew J. Oppenheim (#4314605)
                                        OPPENHEIM + ZEBRAK, LLP
                                        4400 Jenifer Street, NW, Suite 250
                                        Washington, DC 20015
                                        202-621-9027 telephone
                                        matt@oandzlaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on today's date the foregoing Notice of Substitution of Attorney for Defendant Warner/Chappell Music, Inc. and Request for Removal from Service List was filed via the Court's ECF system and served upon registered parties and counsel via the same.

Dated:  July 7, 2014                                             /s/ *Matthew J. Oppenheim*