UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF JAMES OSCAR SMITH and HEBREW HUSTLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> CASH MONEY RECORDS, INC., *et al.*, <br><br> Defendants. | 14-CV-2703 (WHP) (RLE) <br><br> NOTICE OF SUBSTITUTION OF ATTORNEY FOR DEFENDANT WARNER/CHAPPELL MUSIC, INC. AND REQUEST FOR REMOVAL FROM SERVICE LIST |

The undersigned counsel, Oppenheim + Zebrak, LLP ("O + Z"), hereby submits this Notice of Substitution of Attorney for Defendant Warner/Chappell Music, Inc. ("Warner/Chappell") and Request for Removal from Service List. As shown by the docket, O + Z's only activity in this case was the early filing of a letter motion for an extension of time for Warner/Chappell to respond to the Complaint. The law firm of Mitchell Silberberg & Knupp LLP subsequently filed an Answer on Warner/Chappell's behalf and now represents Warner/Chappell, along with other defendants, in this action. Accordingly, this substitution has effectively already taken place, and O + Z respectfully requests that the Clerk of Court remove its name from the official service list. Warner/Chappell consents to this action.

DATED: July 7, 2014

By: /s/ *Matthew J. Oppenheim*

Matthew J. Oppenheim (#4314605)
OPPENHEIM + ZEBRAK, LLP
4400 Jenifer Street, NW, Suite 250
Washington, DC 20015
202-621-9027 telephone
matt@oandzlaw.com

Application granted.

SO ORDERED:

*[signature]* 5/19/15
WILLIAM H. PAULEY III U.S.D.J.