UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF JAMES OSCAR SMITH and HEBREW HUSTLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> CASH MONEY RECORDS, INC., *et al.*, <br><br> Defendants. | Case No. 14 CV 2703 (WHP) (RLE) <br><br> **COUNTERCLAIM PLAINTIFF'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| AUBREY DRAKE GRAHAM, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> HEBREW HUSTLE INC., <br><br> Counterclaim Defendant, <br><br> and <br><br> STEPHEN HACKER, <br><br> Additional Counterclaim Defendant. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law; the Local Civil Rule 56.1 Statement accompanying this Motion and the exhibits thereto; the accompanying January 10, 2018 Declaration of Aubrey Drake Graham, the accompanying January 11, 2018 Declaration of Larry Tyler; and all prior pleadings and proceedings herein, Counterclaim Plaintiff Aubrey Drake Graham respectfully moves this Court for summary judgment in his favor, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on his counterclaims for violation of the common law right of publicity and California Civil Code Section 3344.

1

2

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Scheduling Order (Dkt. No. 181), Counterclaim Defendants shall file their brief in opposition to this motion by January 26, 2018, and Counterclaim Plaintiff shall file his summary judgment reply by February 2, 2018.

DATED:  January 12, 2018
        New York, New York

MITCHELL SILBERBERG & KNUPP LLP

By:  /s/ Christine Lepera

Christine Lepera (*ctl@msk.com*)
Jeffrey M. Movit (*jmm@msk.com*)
12 East 49th Street, 30th Floor
New York, New York 10017-1028
Tel.: (212) 509-3900; Fax: (212) 509-7239

*Attorneys for Counterclaim Plaintiff Aubrey Drake Graham*