UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESTATE OF JAMES OSCAR SMITH and
HEBREW HUSTLE INC.,

    Plaintiffs,

v.

CASH MONEY RECORDS, INC., *et al.*,

    Defendants.

Case No. 14 CV 2703 (WHP) (RLE)

**DECLARATION OF AUBREY DRAKE GRAHAM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

---

I, AUBREY DRAKE GRAHAM, hereby declare as follows:

    1.    I am a citizen of the United States and Canada and a domiciliary of the State of California.

    2.    Since no later than 2014 and continuing through the present date, I have been and remain a resident of the State of California. During this time period, I have not had a personal residence in which I lived anywhere other than in the State of California. In other words, from 2014 to the present, my sole and permanent residence has been, and remains, in the State of California.

    3.    A house is being constructed for me in Toronto, Canada; this house is not yet finished. When I have been in Toronto during the construction process, I have stayed in other, temporary locations.

    4.    Despite this construction, it was my intent as of 2014—and it remains my intent today—to maintain my permanent residence in the State of California indefinitely. I do not now have any intent—and I had no intent in 2014—to change my principal residence or domicile to anywhere other than the State of California.

9578086.4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __10__ day of January, 2018

_____
Aubrey Drake Graham

9578086.4