UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF JAMES OSCAR SMITH and HEBREW HUSTLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> CASH MONEY RECORDS, INC., *et al.*, <br><br> Defendants. | Case No. 14 CV 2703 (WHP) (RLE) <br><br> **DECLARATION OF LARRY TYLER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

I, LARRY TYLER, hereby declare as follows:

1. I am a partner of Nigro Karlin Segal Feldstein & Bolno, LLC ("NKSFB"), which is an accounting and business management firm based in Los Angeles, California. I have been affiliated with NSKFB since 2010. I have personal knowledge of the matters set forth herein, except where stated to be upon information and belief.

2. During the entire time period of 2014 through the present, NKSFB has provided, and continues to provide, business management and accounting services to Aubrey Drake Graham p/k/a Drake. These services include, but are not limited to, the payment of bills on behalf of Mr. Graham, providing assistance to Mr. Graham with respect to real estate matters, and preparing Mr. Graham's tax returns.

3. During the entire time period of 2014 to the present, Mr. Graham has been and remains a resident of the State of California. During this time period, to the best of my knowledge, Mr. Graham has not had a personal residence in which he lived anywhere other than in the State of California.

4. A house is being constructed for Mr. Graham in Toronto, Canada; to the best of my knowledge, this house is not yet finished. I understand that, when Mr. Graham has been in

Toronto during the construction process, Mr. Graham has stayed in other, temporary locations.

5. I am informed and believe that, from 2014 to the present, Mr. Graham has intended, and continues to intend, to maintain his principal and permanent residence and domicile in the State of California, *i.e.*, for the State of California to be his permanent home. I am not aware of any plan or intent for Mr. Graham to divest himself of his residence and domicile within the State of California. Nor am I aware of any plan or intent for Mr. Graham to principally reside in any jurisdiction other than the State of California.

6. Mr. Graham's business activities are centered in the State of California. Mr. Graham's services as a touring performer are furnished through a corporation which Mr. Graham owns and which maintains its principal executive office in the State of California. Mr. Graham's services as a recording artist are furnished through a limited liability company which Mr. Graham owns and which maintains its principal executive office in the State of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11 day of January, 2018

*[signature]*
Larry Tyler