UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ESTATE OF JAMES OSCAR SMITH and           Case No. 14-cv-2703 (WHP)(RLE)
HEBREW HUSTLE, INC.,

                Plaintiffs,          **NOTICE OF MOTION**

      v.

CASH MONEY RECORDS, INC. *et al.*,

                Defendants.
------------------------------------------------------------X
AUBREY DRAKE GRAHAM,

                Counterclaim Plaintiff,

      v.

HEBREW HUSTLE INC.,

                Counterclaim Defendant,
and

STEPHEN HACKER,

                Additional Counterclaim Defendant.
------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the Declarations of Stephen Hacker and Anthony Motta, both dated January 12, 2018, and the Exhibits attached thereto, Counterclaim-Defendants' Rule 56.1 Statement of Undisputed Facts, the Memorandum of Law in Support of the Motion, and upon all prior pleadings and proceedings heretofore had herein, the Counterclaim-Defendants, HEBREW HUSTLE, INC. and STEPHEN HACKER, will move this Court before the Honorable William H. Pauley III, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, pursuant to Fed. R. Civ. P. 12 (c) seeking dismissal of the Second, Third and Fourth Counterclaims alleged in the First Amended Answer of the Counterclaim-Plaintiff,

Aubrey Drake Graham, for failure to state a claim, or in the alternative, for summary judgment pursuant to Fed. R. Civ. P. 56 dismissing such claims, and for summary judgment dismissing the First Counterclaim, together with such other and further relief as this Court deems necessary and appropriate.

Dated: New York, New York
       January 12, 2018

                                  __s/_____
                                  ANTHONY MOTTA (AM-1648)
                                  50 Broadway #800
                                  New York, NY 10004
                                  Telephone: (212) 791-7360
                                  Facsimile: (212) 791-7468
                                  *Attorneys for Counterclaim-Defendants,*
                                  *Hebrew Hustle, Inc. and Stephen Hacker*

TO:    MITCHELL SILBERBERG & KNUPP LLP
        12 East 49th Street, 30th Floor
        New York, NY 10017–1028

        *Attorneys for Counterclaim-Plaintiff,*
        *Aubrey Drake Graham*