

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Jeffrey M. Movit
A Professional Corporation
(917) 546-7708 Phone
(917) 546-7678 Fax
jmm@msk.com

January 22, 2018

**BY HAND**

Hon. William H. Pauley, III, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *Estate of Smith et al. v. Cash Money Records, Inc. et al.*, Case No. 14 CV 2703

Dear Judge Pauley:

We are counsel for Counterclaim Plaintiff Aubrey Drake Graham in the above-captioned action.

Pursuant to this Court's Individual Practice Rule 1(D), we write to respectfully request an extension in the briefing schedule for each party's motion for summary judgment. We respectfully request that the time for each party to oppose the other's motion for summary judgment be extended from January 26, 2018 to February 2, 2018. We also respectfully request that the time for each party to file its reply in further support of its motion for summary judgment be extended from February 2, 2018 to February 16, 2018. The reason for the requested extension is scheduling conflicts. This is the first request for an extension. Counsel for Counterclaim Defendants does not oppose this request.

Oral argument for each party's motion for summary judgment is currently scheduled for February 23, 2018. Should the Court wish to reschedule the argument, all parties would be available to participate on Friday, March 2, 2018 or Friday, March 9, 2018. Due to scheduling conflicts, counsel is not available for argument on Friday, March 23, 2018, Friday, March 30, 2018, or Friday, April 6, 2018.

Sincerely,

/s/ Jeffrey M. Movit

Application granted in part. The parties shall file their opposition papers by February 2, 2018. The parties shall file all reply briefs by February 12, 2018. Oral argument will remain on February 23, 2018 at 12:00 p.m.

SO ORDERED:

Dated: January 22, 2018
New York, New York

WILLIAM H. PAULEY III
U.S.D.J.