

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Jeffrey M. Movit
A Professional Corporation
(917) 546-7708 Phone
(917) 546-7678 Fax
jmm@msk.com

February 12, 2018

**VIA ECF**

Hon. William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:  *Estate of James Oscar Smith et al. v. Cash Money Records, Incl. et al.*,
> **Case No. 14 CV 2703**

Dear Judge Pauley:

    We are counsel for Counterclaim Plaintiff Aubrey Drake Graham in the above-captioned action.

    Pursuant to Individual Practice Rule III(F), we write to enclose a list of all papers filed in support of and in opposition to the Counterclaim Plaintiff's motion for partial summary judgment in this action.

Respectfully submitted,

/s/ Jeffrey M. Movit

Jeffrey M. Movit
A Professional Corporation for
MITCHELL SILBERBERG & KNUPP LLP

Enclosure
cc:    Counsel of Record (via ECF)

9791863.1/45132-00004

12 East 49th Street, 30th Floor, New York, New York 10017-1028
Phone: (212) 509-3900  Fax: (212) 509-7239  Website: WWW.MSK.COM



Hon. William H. Pauley III
February 12, 2018
Page 2

Counterclaim Plaintiff's Moving Papers

| | |
|---|---|
| Dkt. 184: | Notice of Motion for Partial Summary Judgment |
| Dkt. 185: | Declaration of Aubrey Drake Graham in Support of Motion for Partial Summary Judgment |
| Dkt. 186: | Declaration of Larry Tyler in Support of Motion for Partial Summary Judgment |
| Dkt. 187: | Rule 56.1 Joint Statement of Undisputed Facts and Statement of Additional Facts for Which No Genuine Dispute Exists |
| Dkt. 188: | Memorandum of Law in Support of Counterclaim Plaintiff's Motion for Partial Summary Judgment |

Counterclaim Defendants' Opposition Papers

| | |
|---|---|
| Dkt. 196: | Declaration of Anthony Motta in Opposition to Counterclaim Plaintiff's Motion for Partial Summary Judgment |
| Dkt. 197: | Counterclaim Defendants' Rule 56.1 Statement in Opposition |
| Dkt. 198: | Memorandum of Law in Opposition to Counterclaim Defendants' Motion for Partial Summary Judgment |

Counterclaim Plaintiff's Moving Papers

| | |
|---|---|
| Dkt. 204: | Reply Memorandum of Law in Further Support of Counterclaim Plaintiff's Motion for Partial Summary Judgment[1] |

---

[1] To avoid duplicative briefing, Counterclaim Plaintiff's reply incorporates by reference his papers in opposition to Counterclaim Defendants' competing summary judgment motion (Dkt. 200, 202).

9791863.1/45132-00004