# ANTHONY MOTTA

ATTORNEY AT LAW
NEW YORK

50 BROADWAY #800
NEW YORK, N.Y. 10004-3845
TELEPHONE: (212) 791-7360

Email: AMOTTA@PRODIGY.NET

FAX: (212) 791-7468

February 14, 2018

Honorable William H. Pauley III
U.S. District Court Judge
U.S. District Court Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

      **Re: Estate of James Oscar Smith, *et. ano.*, v. Cash Money Records, Inc., *et. al.*/14 Civ. 2703 (WHP)**

Dear Judge Pauley:

      I represent the Counterclaim-Defendants in the above referenced action.

      Pursuant to Individual Practice Rule III (F) attached please find a list of all papers filed in support of and in opposition to Counterclaim-Defendants' Motion to Dismiss Pursuant to Rule 12(c) or, in the alternative, for summary judgment pursuant to Rule 56.

      Please note that Counterclaim-Plaintiff omits in his list of the motion papers filed in support of and in opposition to his Motion for Partial Summary Judgment the following document submitted as part of Counterclaim-Defendants' Opposition:

Dkt: 199      Notice of Motion to Preclude pursuant to Fed. Rule Civ. Proc. 37(c)(1).

                                              Respectfully submitted,

                                             Anthony Motta

## Counterclaim Defendants' Motion Papers

| | |
|---|---|
| Dkt.: 189 | Notice of Motion to Dismiss Pursuant to Rule 12(c) or, in the alternative for summary judgment pursuant to Rule 56. |
| Dkt: 190 | Declaration of Stephen Hacker in Support with Exhibits A-K. |
| Dkt: 191 | Declaration of Anthony Motta in Support with Exhibits L-O. |
| Dkt: 192 | Counterclaim-Defendants' Rule 56.1 Statement |
| Dkt. 193: | Memorandum of Law in Support of Counterclaim-Defendants' Motion to Dismiss and/or for Summary Judgment. |

## Counterclaim-Plaintiff's Opposition Papers

| | |
|---|---|
| Dkt. 200: | Declaration of Jeffrey M. Movit in Opposition with Exhibits 1-3. |
| Dkt. 201: | Counter Statement To Dkt. 192 Counterclaim-Defendants' Rule 56.1 Statement. |
| Dkt. 202: | Memorandum of Law in Opposition to Counterclaim-Defendants' Motion to Dismiss. |

## Counterclaim Defendants' Reply Papers

| | |
|---|---|
| Dkt. 204: | Counterclaim Defendants' Reply Memorandum of Law. |