UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF JAMES OSCAR SMITH and HEBREW HUSTLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> CASH MONEY RECORDS, INC., *et al.*, <br><br> Defendants. | Case No. 14 CV 2703 (WHP) (RLE) <br><br> **COUNTERCLAIM PLAINTIFF'S NOTICE OF MOTION FOR RECONSIDERATION** |
| AUBREY DRAKE GRAHAM, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> HEBREW HUSTLE INC., <br><br> Counterclaim Defendant, <br><br> and <br><br> STEPHEN HACKER, <br><br> Additional Counterclaim Defendant. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Counterclaim Plaintiff Aubrey Drake Graham ("Graham") respectfully moves this Court pursuant to Local Civil Rule 6.3 before the Honorable William H. Pauley III, United States District Court Judge for the Southern District of New York, for reconsideration of the portion of the Court's May 15, 2018 Opinion and Order that adjudicated Graham's motion for summary judgment on the issue of domicile.

2

| | |
|---|---|
| DATED: May 29, 2018<br>New York, New York | MITCHELL SILBERBERG & KNUPP LLP<br><br>By:  /s/ Christine Lepera<br>Christine Lepera (*ctl@msk.com*)<br>Jeffrey M. Movit  (*jmm@msk.com*)<br>12 East 49th Street, 30th Floor<br>New York, New York 10017-1028<br>Tel.: (212) 509-3900; Fax: (212) 509-7239<br><br>*Attorneys for Counterclaim Plaintiff Aubrey Drake Graham* |