UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                 :

ESTATE OF JAMES OSCAR
SMITH, *et ano.*,                        :        14cv2703

              Plaintiffs,         :        <u>SCHEDULING ORDER</u>

       -against-                  :

CASH MONEY RECORDS, INC., *et al.*,  :

             Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, Senior United States District Judge:

       Counsel for Counterclaimant Aubrey Drake Graham and Counterclaim Defendants Hebrew Hustle Inc. and Stephen Hacker having appeared for a status conference on June 20, 2018, the Court establishes the following schedule:

1. The parties shall file any joint letter regarding referral to a magistrate judge for a settlement conference by June 27, 2018.

2. The parties shall complete all expert discovery by October 15, 2018.

3. The parties shall exchange their respective portions of their joint pre-trial order by November 1, 2018.

4. The parties shall file any motions <u>in limine</u> by November 9, 2018.

5. The parties shall file a joint pre-trial order by November 15, 2018.

6. The parties shall appear for a final pre-trial conference on November 16, 2018 at 10:00 a.m.

7. The parties shall appear for jury selection and trial on December 3, 2018.

Dated: June 20, 2018
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.