

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Jeffrey M. Movit
A Professional Corporation
(917) 546-7708 Phone
(917) 546-7678 Fax
jmm@msk.com

June 26, 2018

**BY ECF**

Hon. William H. Pauley, III, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Estate of Smith et al. v. Cash Money Records, Inc. et al.*, Case No. 14 CV 2703

Dear Judge Pauley:

We are counsel for Counterclaim Plaintiff Aubrey Drake Graham in the above-captioned action. We write with the consent of Counterclaim Defendants Hebrew Hustle Inc. and Stephen Hacker.

Pursuant to this Court's directive, we write to inform the Court that the parties have reached agreement to participate, through specified representatives, in a settlement conference before Magistrate Judge Aaron to seek to resolve Mr. Graham's counterclaims. At the settlement conference, Mr. Graham would be represented by his transactional lawyer Theo Sedlmayr, Esq. as well as by Mr. Graham's litigation counsel of record. Mr. Sedlmayr would appear at the conference with settlement authority in lieu of Graham's personal attendance. Counterclaim Defendants would be represented by Mr. Hacker as well as by their litigation counsel of record.

We appreciate the Court's consideration of and assistance with this matter.

Respectfully,

/s/ Jeffrey M. Movit


Jeffrey M. Movit
A Professional Corporation for
MITCHELL SILBERBERG & KNUPP LLP

cc: Anthony Motta, Esq., Counsel for Counterclaim Defendants (by ECF)

B082143.1/45132-00014

12 East 49th Street, 30th Floor, New York, New York 10017-1028
Phone: (212) 509-3900  Fax: (212) 509-7239  Website: WWW.MSK.COM