UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
ESTATE OF JAMES OSCAR SMITH, *et ano.*,

        Plaintiffs,

    -against-

CASH MONEY RECORDS, INC., *et al.*,

        Defendants.
------------------------------X

14cv2703

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

WILLIAM H. PAULEY III, Senior United States District Judge:

    The above-entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |
| | | | All such motions: ___ |

==========================================================================
* Do not check if already referred for general pretrial.

DATED:  June 27, 2018
         New York, New York

SO ORDERED:

*William H. Pauley* (signature)
WILLIAM H. PAULEY III
U.S.D.J.