USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Estate of James Oscar Smith et al,

                Plaintiffs,

-against-

Cash Money Records, Inc. et al,

                Defendants.

1:14-cv-02703 (WHP) (SDA)

ORDER SCHEDULING
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

      A settlement conference is scheduled before Magistrate Judge Stewart D. Aaron on Wednesday, July 25, 2018 at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

      The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

SO ORDERED.

DATED:    New York, New York
                July 3, 2018

_____
STEWART D. AARON
United States Magistrate Judge